No. 22-5215

# In the United States Court of Appeals for the District of Columbia Circuit

_____

SEAN M. SPICER & RUSSELL T. VOUGHT,
APPELLANTS,

*v.*

JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.,
APPELLEES.

_____

**STIPULATION OF VOLUNTARY DISMISSAL**

_____

Under Fed. R. App. P. 42(b)(1), it is hereby stipulated and agreed by and between the parties that the above-captioned appeal is voluntarily dismissed, each party to bear its own costs.

Respectfully submitted,

/s/ Christopher Mills
CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street #22251*
*Charleston, SC 29413*
*(843) 606-0640*
cmills@spero.law

REED D. RUBINSTEIN
*America First Legal Foundation*
*611 Pennsylvania Ave. SE #231*
*Washington, DC 20003*

/s/ Adam C. Jed
MARK B. STERN
JOSHUA M. SALZMAN
ADAM C. JED
*Attorneys, Appellate Staff*
*Civil Division, Room 7243*
*U.S. Department of Justice*
*950 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20530*
*(202) 514-8280*
adam.c.jed@usdoj.gov

*(202) 964-3721*  
*reed.rubinstein@aflegal.org*

*Counsel for Appellees*

*Counsel for Appellants*

AUGUST 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, the foregoing was served via this Court's CM/ECF system on counsel for all parties.

/s/ *Christopher Mills*
Christopher Mills
